**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| FRANK H. DENHAM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **CIVIL ACTION NO. 2:07-CV-810-TFM** |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |

<u>**ORDER ON MOTION**</u>

Upon consideration of Defendant's unopposed *Motion for Extension of Time to File*

*Brief* (Doc. #14, filed March 27, 2008), it is hereby **ORDERED** that the motion is

**GRANTED**, and Defendant may file his brief **on or before April 28, 2008**.

Done this 31st day of March, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE