# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| FRANK H. DENHAM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **CIVIL ACTION NO. 2:07-CV-810-TFM** |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |

## **ORDER ON MOTION**

Upon consideration of Defendant's unopposed *Second Motion for Extension of Time to File Brief* (Doc. #16, filed April 25, 2008), it is hereby **ORDERED** that the motion is **GRANTED**, and Defendant may file his brief **on or before May 28, 2008**.

Done this 25th day of April, 2008.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE