IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FRANK H. DENHAM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-810-TFM |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |

## ORDER ON MOTION

Upon consideration of Defendant's unopposed *Third Motion for Extension of Time to File Brief* (Doc. #18, filed May 27, 2008), and for good cause shown, it is hereby **ORDERED** that the motion is **GRANTED**, and Defendant may file his brief **on or before June 11, 2008**.

Done this 28th day of May, 2008.

TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE