IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FRANK H. DENHAM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-810-TFM |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |

# O R D E R

Upon consideration of Defendant's *Motion to Remand* (Doc. # 20, entered June 5, 2008), it is hereby

**ORDERED** that the **PLAINTIFF file a response by June 13, 2008** to show cause why the motion for remand pursuant to sentence four of 42 U.S.C. § 405(g) should not be granted.

Done this 6th day of June, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE