IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FRANK DENHAM, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) **CIVIL ACTION NO. 2:07-CV-810-TFM** ) |
| MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL SECURITY, | ) ) ) |
|     Defendant. | ) |

## ORDER

Upon consideration of the *Plaintiff's Petition for Attorney Fees* (Doc. #25, filed September 2, 2008), seeking an award of $3,900.01 under the Equal Access to Justice Act and recovery of the $350.00 filing fee, with exhibits, it is hereby

**ORDERED** that the **DEFENDANT file a response by September 12, 2008** to show any cause why the petition should not be granted.

Done this 2nd day of September, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE